**~~PROPOSED~~ ORDER/COVER SHEET**

**TO:** The Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:** RAYBON, Goldy

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 3:23-cr-00029-JSC-1

**Date:** 2/27/25

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad Wilson                                                                 415-837-3962

United States Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

  A.  The defendant's electronic monitoring condition shall be removed while the defendant attends residential drug treatment. Upon the defendant's completion of residential treatment all parties request a status hearing to be set to determine if electronic monitoring shall be reestablished.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

**JUDICIAL OFFICER**                                   February 27, 2025  
Hon. Thomas S. Hixson                           **DATE**  
U.S. Magistrate Judge