**~~PROPOSE~~D ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas Hixson<br>U.S. Magistrate Judge | **RE:** | Goldy Raybon |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-cr-00029-JSC |

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Ana Mendoza                                                             510-637-3758

**U.S. Pretrial Services Officer**                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ **Modification(s)**

**ADD:**

1. **Defendant must participate in mental health treatment as directed by Pretrial Services.**
2. **Defendant must remain at his residence at all times except for: employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court approved obligations or other activities approved in advance by Pretrial Services.**
3. **Defendant must submit to location monitoring as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____          April 29, 2025
**JUDICIAL OFFICER**                    _____
                                        **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge