<s>PROPOSED</s> **ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | RAYBON, Goldy |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-CR-00029-JSC-1 |

**Date:** 5/22/25

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson                                                                                                 415-837-3962

United States Pretrial Services Specialist                                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A.    The defendant shall reside at the halfway house and abide by their rules. The defendant may only leave for court appearances, attorney visits, medical appointments, substance abuse and mental health counseling, drug testing, and meetings with Pretrial Services. All with prior approval of Pretrial Services.

    B.    The Location Monitoring condition shall be Removed

    C.    The Employment condition shall be Removed.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    May 22, 2025
**JUDICIAL OFFICER**                                                     **DATE**

Thomas S. Hixson
U.S. Magistrate Judge