| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-7700 |
| 6 | Facsimile: (415) 436-7706<br>Email: Samantha_Jaffe@fd.org |
| 7 | |
| 8 | Counsel for Defendant RAYBON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GOLDY RAYBON,<br><br>Defendant. | Case No.: CR 23-00029 JSC<br><br>**[~~PROPOSED~~] ORDER TO ALLOW MR. RAYBON TO LEAVE THE HALFWAY HOUSE DURING THE HOLIDAYS** |

Based on the arguments presented at the hearing on December 22, 2025, and good cause appearing, Mr. Raybon is authorized to leave the halfway house from 8:00 a.m. on December 24 to 8:00 p.m. on December 26, 2025, to spend Christmas Eve and Christmas Day with his family at his mother's home in Oakland, and then go to work on December 26, 2025 and return to the halfway house afterwards.

He is further authorized to leave the halfway house at his normal leave time, 4:30 a.m., on December 31, 2025, to go to work, and to return to the halfway house by 8:00 p.m. on January 1, 2026, to spend New Years Eve with his family at his mother's home in Oakland and

[PROPOSED] ORDER
*US v. Raybon, CR 23-29 JSC*

1  then go straight to work on January 1, 2026 before returning to the halfway house. In sum, he is

2  allowed to spend Christmas Eve and Christmas day at his mother's home in Oakland. He is

3  allowed to spend the nights of December 24, 25, and 31, at his mother's home in Oakland, and

4  not at the halfway house.

5        All other release conditions remain in place.

December 22, 2025
Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge