

## UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** January 28, 2026                        **Time:** 00:33

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cr-00029-JSC-1

**Case Name:** United States of America v. Goldy Raybon

☒ Present    ☐ Not Present    ☒ In-Custody & Remanded

**Attorney for United States:** Ivana Djak
**Attorney for Defendant:** Samantha Jaffe

**Deputy Clerk:** Ada Means               **Court Reporter:** Marla Knox

**Probation Officer:** Jasmine Vega

### PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons for a term of 24 months on Count One of the Indictment. Upon release, defendant shall be placed on supervised release for a term of 3 years. Defendant shall pay a special assessment fee of 100.00. USPO Vega will file a revised PSR. The Court finds that the defendant does not have the ability to pay a fine and ordered the fine waived. Please refer to the judgment for complete details.